**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>　　　　　　　Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>(SEE *EXHIBIT 1* ATTACHED HERETO),<br><br>　　　　　　　Defendants. | Adv. Proc. Case Nos. (SEE *EXHIBIT 1*) |

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK　　　)
　　　　　　　　　　　　　　) ss
COUNTY OF NASSAU　　　)

I, Alison Moodie, being duly sworn, depose and state:

1.　　　I am a Senior Case Manager with Epiq Class Action & Claims Solutions, Inc.,[2] the claims and noticing agent in the above-captioned proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

---

[1]　　　The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

[2]　　　Epiq Class Action & Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

2.      On August 3, 2020, at the direction of Pachulski Stang Ziehl & Jones LLP ("Pachulski Stang"), and Klee, Tuchin, Bogdanoff & Stern LLP ("Klee Tuchin"), Counsel to the Woodbridge Liquidation Trust, I caused true and correct copies of the following documents to be served by facsimile on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance Parties with facsimile numbers), and by e-mail on the parties identified on Exhibit B annexed hereto (Master Service List and Notice of Appearance Parties with e-mail addresses):[3]

- **Notice of Agenda of Matters Scheduled for Telephonic Hearing on August 5th, 2020 at 9:30 A.M. (Prevailing Eastern Time) Before the Honorable Brendan L. Shannon ("Notice of Telephonic Hearing")** [Docket No. 4511]: and

- **[Canceled] Amended Notice of Agenda of Matters Scheduled for Telephonic Hearing on August 5th , 2020 at 9:30 A.M. (Prevailing Eastern Time) Before the Honorable Brendan L. Shannon ("Amended Notice of Telephonic Hearing")** [Docket No. 4512].

3.      On August 3, 2020, also at the direction of Pachulski Stang and Klee Tuchin, I caused true and correct copies of the **Notice of Telephonic Hearing**, and **Amended Notice of Telephonic Hearing** to be served by e-mail on the parties identified on Exhibit C (Affected Defendants with e-mail addresses), and by first class mail on the parties identified on Exhibit D (Affected Defendants without e-mail addresses).

---

[3]      These parties include a Notice of Appearance party who has consented to email service only pursuant to Del. Bankr. L.R. 2002-1(d) and 5005-4.

4.      On August 4, 2020, also at the direction of Pachulski Stang and Klee Tuchin, I caused true and correct copies of the **Notice of Telephonic Hearing**, and **Amended Notice of Telephonic Hearing** to be served first class mail on *Jeffery S Nimmow c/o Husch Blackwell LLP, Attn Jeffery J Liotta, 20800 Swenson Dr, Waukesha, WI 53186* (Affected Defendants with failed e-mail addresses).

/s/ Alison Moodie
Alison Moodie

Sworn to before me this
10th  day of August , 2020
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Fax |
|---|---|---|---|---|---|---|---|---|
| MCCABE, WEISBERG & CONWAY, LLC | ATTN JANET Z. CHARLTON | 1407 FOULK ROAD, SUITE 204 | | | WILMINGTON | DE | 19803 | 8554251980 |
| MCCABE, WEISBERG & CONWAY, LLC | ATTN MICHAEL K PAK ESQ | 1407 FOULK ROAD, SUITE 204 | | | WILMINGTON | DE | 19803 | 8554251980 |

# EXHIBIT B

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|------|----------|----------|----------|----------|------|-------|-----|-------|
| AKERMAN LLP | ATTN:  MICHAEL I GOLDBERG, ESQ | 350 EAST LAS OLAS BLVD, STE 1600 | | | FORT LAUDERDALE | FL | 33301 | Michael.goldberg@akerman.com |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | ATTN JONATHAN M. WEISS | 1999 AVE OF THE STARS 39TH FL | | | LOS ANGELES | CA | 90067 | jweiss@ktbslaw.com |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | ATTN DAVID A. FIDLER | 1999 AVE OF THE STARS 39TH FL | | | LOS ANGELES | CA | 90067 | dfidler@ktbslaw.com |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | ATTN MICHAEL L. TUCHIN | 1999 AVE OF THE STARS 39TH FL | | | LOS ANGELES | CA | 90067 | mtuchin@ktbslaw.com |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN TIMOTHY J. FOX, JR | 844 KING STREET, SUITE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 | Timothy.Fox@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN RICHARD M. PACHULSKI | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 | rpachulski@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN BRADFORD J SANDLER | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN COLIN R. ROBINSON | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | crobinson@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN ANDREW W CAINE | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19899 | acaine@pszjlaw.com |
| RYAN LAW GROUP PLLC | ATTN MICHAEL J RYAN, ESQ | 636 US HIGHWAY 1 STE 110 | | | NORTH PALM BEACH | FL | 33408 | mikeryan32645@yahoo.com |
| YOUNG & BROOKS, P.A. | ATTN STUART A. YOUNG, ESQ. | 1860 FOREST HILL BLVD., SUITE 201 | | | WEST PALM BEACH | FL | 33406 | syoung@ybplaw.com |

# EXHIBIT C

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| ALTERNATIVE PORTFOLIO SOLUTIONS LLC | ATTN: RICHARD RENSHAW | 633 LAKEVIEW RD | | | LAKE ST LOUIS | MO | 63367 | rich.findme@gmail.com |
| ANDY GOLDSTEIN | COUNSEL TO V COSTELLO | | | | | | | agoldstein@mglspc.com |
| ANTHONY & CATHERINE ABBADESSA | 17741 STILL HARBOR LN | | | | HUNTINGTON BEACH | CA | 92647 | tabbadessa@gmail.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: JENNIFER R HOOVER | 222 DELAWARE AVE, STE 801 | | | WILMINGTON | DE | 19801-1611 | jhoover@beneschlaw.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN:  KEVIN M CAPUZZI | 222 DELAWARE AVE, STE 801 | | | WILMINGTON | DE | 19801-1611 | kcapuzzi@beneschlaw.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: MATTHEW D BEEBE | 222 DELAWARE AVE, STE 801 | | | WILMINGTON | DE | 19801-1611 | mbeebe@beneschlaw.com |
| BENNER–ROTHBOECK | ATTN: THOMAS BENNER | 1008 5TH ST. #1706 | | | ANACORTES | WA | 98221 | TOM@BEROLAW.COM |
| BRYAN M MITCHELL | C/O LUCIAN B. MURLEY, ESQUIRE | SAUL EWING ARNSTEIN & LEHR LLP | 1201 NORTH MARKET STREET, SUITE 2300 | P.O. BOX 1266 | WILMINGTON | DE | 19899 | LUKE.MURLEY@SAUL.COM |
| BRYAN MITCHELL | 3635 WEAVER RD | | | | WILSON | NC | 27893 | MITCHELL.BRYAN.M@GMAIL.COM |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN MARY F. CALOWAY, ESQ. | 919 N MARKET ST, SUITE 1500 | | | WILMINGTON | DE | 19801 | mary.caloway@bipc.com |
| CARLO FISCO | 5244 S SLAUSON AVE | | | | CULVER CITY | CA | 90230 | CFISCO@AOL.COM |
| CHRISTOPHER J WATSON | 6675 W 80TH PL | | | | LOS ANGELES | CA | 90045 | chriswatson52@gmail.com; sehargrovelaw@aol.com |
| CIARDI CIARDI & ASTIN | ATTN JOSEPH J. MCMAHON JR. | 1204 N. KING STREET | | | WILMINGTON | DE | 19801 | JMCMAHON@CIARDILAW.COM |
| CLEAR COUNSEL LAW GRP ESTATE OF | W. PERRY AKA H. PERRY ATTN: M. ABRAMS ESQ | 7473 W. LAKE MEAD BLVD., STE 100 | | | LAS VEGAS | NV | 89128 | INFO@CLEARCOUNSEL.COM |
| CROSS & SIMON, LLC | ATTN DAVID G HOLMES | 1105 NORTH MARKET ST., STE 901 | PO BOX 1380 | | WILMINGON | DE | 19899-1380 | dholmes@crosslaw.com |
| CYNTHIA L. CARROLL, P.A. | ATTN:  MICHELLE BERKELEY-AYRES | CYNTHIA L. CARROLL | 262 CHAPMAN RD., STE 108 | | NEWARK | DE | 19702 | Michelle@cynthiacarrolllaw.com |
| D ETHAN JEFFERY | | | | | | | | EJeffery@MurphyKing.com |
| DANIEL KING | 3435 WILSHIRE BLVD., STE 1111 | | | | LOS ANGELES | CA | 90010 | DJYKING@GMAIL.COM |
| DARIN BAKER | 4804 LAUREL CANYON BLVD, #747 | | | | VALLEY VILLAGE | CA | 91607 | DARINBAKERKING@GMAIL.COM |
| DENNIS C. BELLI ATTORNEY AT LAW | 536 S HIGH ST 2ND FLOOR | | | | COLUMBUS | OH | 43215 | bellilawoffice@yahoo.com |
| DONOVAN KNOWLES | 14455 DICKENS ST, APT 12 | | | | SHERMAN OAKS | CA | 91423 | DONOVANCKNOWLES@YAHOO.COM |
| ELIZABETH J HASKELL | 2746 FYNAMORE LN | | | | DOWNINGTOWN | PA | 19335 | elizabethjhaskell@gmail.com |
| GARTENBERG GELFAND HAYTON LLP | EDWARD GARTENBERG | 15260 VENTURA BOULEVARD, SUITE 1920 | | | SHERMAN OAKS | CA | 91403 | egartenberg@gghslaw.com |
| GELLERT SCALI BUSENKELL & BROWN LLC | ATTN CHARLES J BROWN III, ESQ | 1201 N ORANGE ST STE 300 | | | WILMINGTON | DE | 19801 | cbrown@gsbblaw.com |
| GERALD STEPHEN | | | | | | | | sgerald@wtplaw.com |
| HART PLACEMENT AGENCY INC | ATTN ANNIE H. GHAW, RA | 21801 ROSCOE BLVD # 149 | | | CANOGA PARK | CA | 91304 | HReadshaw@eckertseamans.com; arogin@eckertseamans.com |
| HULL & CHANDLER, P.A. | ATTN:  FELTON PARRISH ESQ. | | | | | | | FPARRISH@LAWYERCAROLINA.COM |
| IRA SVCS TR CO–CFBO ANDREW CHASE JR | PO BOX 7080 | | | | SAN CARLOS | CA | 94070-7080 | trenton@grandlawfirm.com |
| JEROME H SCHWARTZ | 14 S CHICAGO AVE | | | | FREEPORT | IL | 61032 | jerry7928@yahoo.com |
| JONES & ASSOC | ATTN:  ROLAND GARY JONES ESQ | 1745 BROADWAY, 17TH FLR | | | NEW YORK | NY | 10019 | RGJ@ROLANDJONES.COM |
| JOSEPH W. ISAAC | 12672 LIMONITE AVE., #3E #768 | | | | EASTVALE | CA | 92880 | JOSEPH41121@GMAIL.COM |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| JOYCE LLC | ATTN: MICHAEL JOSEPH JOYCE | 1225 KING ST., STE 800 | | | WILMINGTON | DE | 19801 | mjoyce@mjlawoffices.com |
| KLEHR HARRISON HARVEY BRANZBURG LLP | DAVID S. EAGLE ESQ. & SALLY E. VEGHTE, ESQ. | 919 N. MARKET STREET, SUITE 1000 | | | WILMINGTON | DE | 19801 | deagle@klehr.com;sveghte@klehr.com |
| KLEIN LLC | JULIA BETTINA KLEIN, ESQ. | 919 N. MARKET STREET, SUITE 600 | | | WILMINGTON | DE | 19801 | klein@kleinllc.com |
| LAW FIRM OF JEFFREY BURR | KENDAL L. WEISENMILLER, ESQ. | COUNSEL TO W. PERRY (AKA HERBERT) | 2600 PASEO VERDE PKWY, STE 200 | | HENDERSON | NV | 89074 | Kendal@jeffreyburr.com |
| LAW OFFICE OF CURTIS A HEHN | ATTN CURTIS A HEHN | 1007 N ORANGE ST 4TH FL | | | WILMINGTON | DE | 19801 | curtishehn@comcast.net |
| LAW OFFICE OF MARK S. ROHER | ATTN MARK S. ROHER, ESQ. | 5701 NW 88TH AVE, SUITE 301 | | | TAMARAC | FL | 33321 | mroher@markroherlaw.com |
| LAW OFFICES OF FREDERICK W. NESSLER & ASSOC., LTD. | ATTN: FREDERICK W. NESSLER, ESQ. | RE: FIC, LLC | 536 BRUNS LANE, #1 | | SPRINGFIELD | IL | 62702 | fwn@nesslerlaw.com |
| LEECH TISHMAN FUSCALDO & LAMPL LLC | ATTN: PATRICK W. CAROTHERS & DANIEL YEOMANS | 525 WILLIAM PENN PL., 28TH FLR | | | PITTSBURGH | PA | 15219 | pcarothers@leechtishman.com; dyeomans@leechtishman.com |
| LEECH TISHMAN FUSCALDO & LAMPL, LLC | ATTN GREGORY W HAUSWIRTH | 1007 N ORANGE ST 4TH FL | | | WILMINGTON | DE | 19801 | ghauswirth@leechtishman.com |
| MARGOLIS EDELSTEIN | ATTN JAMES E. HUGGETT, ESQ | 300 DELAWARE AVENUE, SUITE 800 | | | WILMINGTON | DE | 19801 | jhuggett@margolisedelstein.com |
| MATTHEW GILCHRIST | 1416 14TH ST | | | | VERO BEACH | FL | 32960 | mgilchrist71@gmail.com |
| MICHAEL & JOYCE SKURICH | 5383 MESA DR | | | | CASTLE ROCK | CO | 80108 | joyceskurich@icloud.com |
| MICHAEL A TRUJILLO | 8300 CARMEL AVE NE #301 | | | | ALBUQUERQUE | NM | 87122 | insurancemike007@msn.com |
| MICHELMAN & ROBINSON LLP | ATTN: JEFF FARROW ESQ | 17901 VON KARMAN AVE, 10TH FLR | | | IRVINE | CA | 92614 | JFARROW@MRLLP.COM |
| NAOMI JACOBSON REVOCABLE TRUST | 20080 BOCA WEST DR #435 | | | | BOCA RATON | FL | 33434 | NAOMIJACOBSON@ME.COM |
| NORCROSS & JUDD LLP | STEPHEN B. GROW | 150 OTTAWA N.W., SUITE 1500 | | | GRAND RAPIDS | MI | 49503 | sgrow@wnj.com |
| P. MATTHEW COX | | | | | | | | pmc@scmlaw.com |
| PHILLIP 'LARRY' BALL | 215 S GLADES TRL | | | | PANAMA CITY | FL | 32407 | LBALL26@COMCAST.NET |
| POTTER ANDERSON & CORROON LLP | ATTN: R STEPHEN MCNEILL | 1313 N MARKET ST, SIXTH FLR | | | WILMINGTON | DE | 19899-0951 | rmcneill@potteranderson.com |
| PROV., TR GP-FBO STEVEN MIZEL ROTH IRA | 209 MANGO VIEW DR | | | | ENCINITAS | CA | 92024 | STEVEMIZEL9@GMAIL.COM |
| RAYMOND AVER | COUNSEL TO SEARCHLIGHT FIN, C RAKNESS | | | | | | | ray@averlaw.com |
| RONALD HARVEY | | | | | | | | ronaldjharvey@yahoo.com |
| RONDA ROGOVIN | 99 HIGHLAND RD | | | | SCARSDALE | NY | 10583 | rmichaelson@r3mlaw.com |
| SACKMANN LAW OFFICE | ATTN STEVEN H. SACKMANN | 455 E HEMLOCK ST | | | OTHELLA | WA | 99344 | Steve@sackmannlaw.com |
| SHERRY L COLLVER | 1746 CHATEAU DR SW | | | | WYOMING | MI | 49519-4916 | JCREWSLY@GMAIL.COM |
| STEINHILBER SWANSON LLP | ATTN: CLAIRE ANN RICHMAN ESQ. | 122 W. WASHINGTON AVE., STE 850 | | | MADISON | WI | 53703 | CRICHMAN@STEINHILBERSWANSON.COM |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN WILLIAM D SULLIVAN | 901 N MARKET ST STE 1300 | | | WILMINGTON | DE | 19801 | bsullivan@sha-llc.com |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN WILLIAM A HAZELTINE | 919 N MARKET ST STE 420 | | | WILMINGTON | DE | 19801 | whazeltine@sha-llc.com |
| THE LAW FIRM OF LEISAWITZ HELLER | EDEN R. BUCHER, ESQ | 2755 CENTURY BOULEVARD | | | WYOMISSING | PA | 19610 | ebucher@leisawitzheller.com |
| THE LAW OFFICE OF JAMES TOBIA, LLC | ATTN JAMES TOBIA | 1716 WAWASET ST | | | WILMINGTON | DE | 19806 | jtobia@tobialaw.com |
| THE LAW OFFICES OF MORLEY MENDELSON | MORLEY MENDELSON, ESQ | 21250 HAWTHORNE BOULEVARD, SUITE 500 | | | TORRANCE | CA | 90503 | mmendelson@mgmbusinesslaw.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| THE NAOMI JACOBSON REVOCABLE TRUST DATED 11/18/15 | C/O STEVEN M SELZ, ATTY AT LAW | 500 UNIVERSITY BLVD #110 | | | JUPITER | FL | 33458 | selzmuvdi@aol.com |
| THE ROSNER LAW GROUP LLC | ATTN SCOTT J. LEONHARDT | 824 MARKET ST., SUITE 810 | | | WILMINGTON | DE | 19801 | leonhardt@teamrosner.com |
| THE SARACHEK LAW FIRM | ATTN JOSEPH E SARACHEK ESQ | 101 PARK AVENUE 27TH FLOOR | | | NEW YORK | NY | 10178 | sarachekesq@gmail.com; joe@saracheklawfirm.com |
| THE SARACHEK LAW FIRM | ATTN JONATHAN H. MILLER, ESQ | 101 PARK AVE, SUITE 2700 | | | NEW YORK | NY | 10178 | jon@saracheklawfirm.com |
| WARDROP & WARDROP, PC | ATTN ROBERT F. WARDROP II | 300 OTTAWA AVE, SUITE 150 | | | GRAND RAPIDS | MI | 49503-2308 | Robb@wardroplaw.com |
| WERB & SULLIVAN | ATTN BRIAN A. SULLIVAN, ESQ. | 1225 KING STREET | | | WILMINGTON | DE | 19801 | bsullivan@werbsullivan.com |
| WINGET, SPADAFORA & SCHWARTZBERG LLP | ATTN: JOEL WERTMAN & DOUGLAS FOGLE | 1528 WALNUT ST., STE 1502 | | | PHILADELPHIA | PA | 19102 | Wertman.j@wssllp.com; Fogle.d@wssllp.com |

# EXHIBIT D

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| ALAN K HOFFMAN | C/O STRUCTURED STRATEGIES, LLC | 7615 E CALLE LOS ARBOLES | | | TUCSON | AZ | 85750 |
| ALBERT D KLAGER | 5295 E 1ST SQUARE SW | | | | VERO BEACH | FL | 32968 |
| ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA | ATTN: STEWART GREGG, SR. SECURITIES COUNSEL | CORPORATE LEGAL | 5701 GOLDEN HILLS DRIVE | | MINNEAPOLIS | MN | 55416-1297 |
| AMERITRUST ADVISORS OF SC, LLC | ATTN: CLAUDE STEVEN MOSLEY, R/A | 419 WILDWOOD DUNES TRAIL | | | MYRTLE BEACH | SC | 29572 |
| ANNUITY ALTERNATIVES OF AMERICA, LLC | ATTN: JAMES GILCHRIST, OFFICER | 2524 SW BOBALINK CIR | | | PALM CITY | FL | 34990-2647 |
| ARASH TASHVIGHI | 3234 LILLY FLOWER | | | | SAN ANTONIO | TX | 78253-6098 |
| ARASH TASHVIGHI | 3235 LILLY FLOWER | | | | SAN ANTONIO | TX | 78253-6068 |
| ARASH TASHVIGHI, | 17551 STAGG ST | | | | RESEDA | CA | 91335 |
| ARBUCKLE MANAGEMENT LLC | ATTN: JAYSON GILBERT, R/A | 7271 SHADELAND AVE | | | CASTLETON | IN | 46250 |
| ARBUCKLE MANAGEMENT LLC | ATTN: MICHAEL ARBUCKLE | 7950 N. SHADELAND AVE, SUITE 300 | | | NDIANAPOLIS | IN | 46250 |
| ASSOCIATED INSURANCE GROUP, INC | ATTN JEROME H. SCHWARTZ, PRESIDENT | 14 SOUTH CHICAGO AVENUE | | | FREEPORT | IL | 61032 |
| ATLANTIC INSURANCE AND FINANCIAL SERVICES | AL KLAGER | 5295 E 1ST SQ SW | | | VERO BEACH | FL | 32968-2248 |
| BALANCED FINANCIAL INC | ATTN: GREGORY W. ANDERSON | 3711 JOHN F KENNEDY PKWY STE 230 | | | FORT COLLINS | CO | 80525 |
| BETTE TYDINGS | 21761 NORTHWOOD LN | | | | LAKE FOREST | CA | 92630 |
| BILLY & SALLY MCNEESE | 8360 MORRIS RD | | | | HILLIARD | OH | 43026 |
| BILLY RAY CHESNUT | 1300 S HARRISON ST, APT 912 | | | | AMARILLO | TX | 79101-4264 |
| BONNIE GAE GRIEFF FT DTD 12/04/06 | 201 S 375 W | | | | PROVIDENCE | UT | 84332 |
| BRADLEY E. SCAFE, R/A FOR MAINSTAR TRUST | 5901 COLLEGE BLVD., STE. 100 | | | | LEAWOOD | KS | 66211-1834 |
| CATHERINE WILLIAMS | 9573 CR 139 | | | | GLEN SAINT MARY | FL | 32040 |
| CHARLES D GUILBEAUX | C/O DIANA ENGELHARDT, EXEC OF THE | ESTATE OF CHARLES D GUILBEAUX | 1701 GEORGE ST | | ROSENBERG | TX | 77471 |
| CHARLES THORNGREN | 1125 NEOLA STREET | | | | LOS ANGELES | CA | 90041 |
| CHRISTOPHER M SOULIER | 602 WILLIAM WAY | | | | WAUNAKEE | WI | 53597 |
| CHRISTOPHER M. SOULIER | 703 LOCHMOORE DRIVE | | | | WAUNAKEE | WI | 53597 |
| CLARO CHEN | 19348 EMPTY SADDLE ROAD | | | | WALNUT | CA | 91789 |
| CORUNDUM TRUST CO | R/A FOR IRA SERV TRUST CO | 401 E 8TH ST, STE 303 | | | SIOUX FALLS | SD | 57103-7032 |
| COUNSEL TO MARIE WALTERS-GILL | KENNETH L. GROSS, ESQ. | THAV GROSS | 30150 TELEGRAPH RD, SUITE 444 | | BINGHAM FARMS | MI | 48025 |
| COUNSEL TO MARIE WALTERS-GILL | KENNETH L. GROSS, ESQ. | THAV GROSS | 1000 BEACH STREET | | FLINT | MI | 48502 |
| CROSIER FINANCIAL INC | (DBA CROSIER FINANCIAL) | ATTN JOHN REED CROSIER | 1150 S BLUFF, # 6 | | ST GEORGE | UT | 84770 |
| CT CORP SYSTEM, R/A | RE: PROVIDENT TRUST GRP LLC ADMIN & CUST | 701 S. CARSON ST. STE. 200 | | | CARSON CITY | NV | 89701 |
| DAVID A SCHOLL | 2310 DELANGE DR SE #8556 | | | | GRAND RAPIDS | MI | 49506 |
| DAVID A SCHOLL | 2310 DELANGE DR SE | | | | GRAND RAPIDS | MI | 49506 |
| DAVID E BROWN | 24507 PINE GROVE | | | | FARMINGTON HILLS | MI | 48335 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| DAVID E BROWN | 24801 VERDANT SQ | | | | FARMINGTON HILLS | MI | 48335-2049 |
| DAYSPRING ADVISORS GROUP LLC | ATTN: LELIA WELLER, R/A | 409 RUST AVENUE | | | BIG RAPIDS | MI | 49307 |
| DDI ADVISORY GROUP, LLC | ATTN: DAWN BYERS, R/A | 3867 N LILY CIR | | | MAIZE | KS | 67101-4119 |
| DEB BRUNDAGE | PO BOX 6683 | | | | MESA | AZ | 85216 |
| DENIS G BIRGENHEIR | 2018 N 57TH ST | | | | MILWAUKEE | WI | 53208 |
| DIME STRATEGIES INC | ATTN: RONALD DIEZ, R/A | 1619 M LA BREA AVENUE #334 | | | LOS ANGELES | CA | 90028 |
| DOMINIC E ABBADESSA | 17741 STILL HARBOR LN | | | | HUNTINGTON BEACH | CA | 92647 |
| DONALD & LADONNA WANNER | 2527 YELLOWSTONE AVE | | | | BILLINGS | MT | 59102 |
| DONALD & LEE ANN ABNEY | PO BOX 6443 | | | | NALCREST | FL | 33856 |
| DONALD ABNEY & LEE ANN ABNEY | 64107 NALCREST RD | | | | NALCREST | FL | 33856-1063 |
| DONALD ABNEY AND LEE-ANN ABNEY | 3428 NALCREST DR | | | | NALCREST | FL | 33856 |
| DONALD L ENGLE JR | 859 BOLTON ABBEY LN | | | | VANDALIA | OH | 45377 |
| DOUG BRUNNER, TRUSTEE OF THE RADIANT TRUST | 3717 PRINCETON AVE | | | | NASHVILLE | TN | 37205-0233 |
| DOUGLAS W. HARRIS, INC., P.S. | DOUGLAS HARRIS, ESQ. | 11120 NE 2ND ST STE 220 | | | BELLEVUE | WA | 98004 |
| DWIGHT L ATHERTON | 11121 HUNTER RD | | | | MERCERSBURG | PA | 17236 |
| EDU. WEALTH ADVISORS LLC | ATTN ROGER DOBROVODSKY, PARTNER | 8355 ROCKVILLE ROAD, STE. 130 | | | INDIANAPOLIS | IN | 46234 |
| ERIC LITTLE | 226 CURTIS ST | | | | HUTCHINSON | KS | 67502-2422 |
| ERIC LITTLE | 605 CATALINA DR | | | | HUTCHINSON | KS | 67502-8413 |
| ERIC LITTLE | PO BOX 336293 | | | | GREELY | CO | 80634 |
| EUGENE OEHLER | 918 ROCK CITY RD | | | | KINGSPORT | TN | 37664-4132 |
| FIC LLC | 10444 CHANTICLEER LN | | | | SOUTH JORDAN | UT | 84009 |
| FIC LLC | C/O FREDERICK W NESSLER ATTORNEY AT LAW | 536 BRUNS LANE #1 | | | SPRINGFIELD | IL | 62702 |
| GAULAN FINANCIAL LLC | ATTN: MARIE A. CORIOLAN, OFFICER | 1711 ALHAMBRA CREST DRIVE | | | RUSKIN | FL | 33570 |
| GAULAN FINANCIAL LLC | ATTN: ERNST GAUTIER, R/A | 1711 ALAMBRA CREST DRIVE | | | RUSKIN | FL | 33570 |
| GENEVA W GUILBEAUX | C/O DIANA ENGELHARDT | ESTATE OF GENEVA W GUILBEAUX | 1701 GEORGE ST | | ROSENBERG | TX | 77471 |
| GERALD DAVIS | 1025 N WILMAR PL | | | | CENTERVILLE | UT | 84014 |
| GERBERA, LLC | ATTN PATRICK A. SHEEHAM, OFFICER | 429 PORTER AVENUE | | | OCEAN SPRINGS | MS | 39564 |
| GERBERA, LLC | ATTN STACEY MAXTED, MEMBER | 2113 GOVERNMENT, SUITE D2 | | | OCEAN SPRINGS | MS | 39564 |
| GILCHRIST METAL FABRICATING CO | ATTN SUSAN MARTIN, SECRETARY | 4261 MAIN ST | | | WAITSFIELD | VT | 04673 |
| GLENN JOHNSON | 141 NIANTIC RIVER ROAD | | | | WATERFORD | CT | 06385 |
| GLENN JOHNSON | 185 BOSTON POST ROAD | | | | WATERFORD | CT | 06385 |
| GOLD KING INTERNATIONAL INC | ATTN: JUSTIN M. MATHERNE, CEO | 9452 TELEPHONE ROAD, #277 | | | VENTURA | CA | 93004 |
| GOLD KING INTERNATIONAL INC | ATTN: BRANDI SUZANNA MATHERNE, R/A | 9452 TELEPHONE ROAD, #277 | | | VENTURA | CA | 93004 |
| GREG & CARI HORNING | 14499 BASELINE RD | | | | QUINCY | WA | 98848 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| GREG HORNING | 14499 BASELINE ROAD | | | | QUINCY | WA | 98848 |
| GREGG W BUTLER | 570 E 900 S | | | | OREM | UT | 84097-7159 |
| GREGG W BUTLER | 21661 BROOKHURST ST APT 234 | | | | HUNTINGTON BEACH | CA | 92646-8132 |
| GREGORY WYLEN & PAULETTE ANDERSON | 3711 JFK PARKWAY, #230 | | | | FORT COLLINS | CO | 80525 |
| GRIFFIN FT | C/O TERRY B. GRIFFIN | 2010 N 950 E | | | NORTH LOGAN | UT | 84341 |
| GWENDOLYN BISSETTE | 325 MUELLER DR | | | | CLAYTON | NC | 27520 |
| HAROLD L LUSTIG IRA | 290 VIA CASITAS #305 | | | | GREENBRAE | CA | 94904 |
| INCORPORATING SERV LTD, R/A JETSUITEX INC | 3610-2 N JOSEY, STE 223 | | | | CARROLLTON | TX | 75007 |
| IVAN ORR | 1372 AMMON WAY | | | | SOUTH JORDAN | UT | 84095 |
| JAMES D HELGESON | 710 GRAND AVE STE #1 | | | | BILLINGS | MT | 59101-5896 |
| JAMES E. CAMPBELL | PO BOX 5167 | | | | WOODLAND PARK | CO | 80866 |
| JAMES R DUNNING | 7821 NE 12TH ST | | | | MEDINA | WA | 98039 |
| JAY N BROWN | 1000 FOURTH ST STE 580 | | | | SAN RAFAEL | CA | 94901 |
| JAY N BROWN | 10 SANDPIPER CIRCLE | | | | CORTE MADERA | CA | 94925 |
| JEANNE MARIE SPEZIA | 4827 THEISS RD | | | | SAINT LOUIS | MO | 63128 |
| JEROME H SCHWARTZ | 14 S CHICAGO AVE | | | | FREEPORT | IL | 61032 |
| JERRY D AINSWORTH | 64 WILMORE RD | | | | BOYCE | LA | 71409 |
| JETSUITEX INC | ATTN GILES AGUTTER, OFFICER | 1341 W MOCKINGBIRD LN #600E | | | DALLAS | TX | 75247 |
| JOHN B SMITH | 1831 W SCHWARTZ RD | | | | LADY LAKE | FL | 32159 |
| JOHN C MILLER | 625 CARDINAL WAY | | | | SUN PRAIRIE | WI | 53590 |
| JOHN D. & REBECCA G. BIGELOW | PO BOX 11753 | | | | SPRING | TX | 77391 |
| JOHN E MCENERNEY | 3202 21ST ST | | | | VERO BEACH | FL | 32960-2419 |
| JOHN E MCENERNEY | 1451 3RD CT | | | | VERO BEACH | FL | 32960-5883 |
| JOHN E MCENERNEY | 65 ROYAL PALM PT # B | | | | VERO BEACH | FL | 32960 |
| JOHN HARRIS D/B/A HARRIS FINANCIAL | MANAGEMENT | 300 MT LEBANON BLVD, STE. 2218-A | | | PITTSBURGH | PA | 15234 |
| JOHN J BEGLEY | 606 FLAMINGO DR | | | | WEST PALM BEACH | FL | 33401 |
| JOHN S GILCHRIST R/A FOR GILCHRIST METAL | 18 PARK AVE | | | | HUDSON | NH | 03051-3934 |
| JOLENE BISHOP | 6200 QUARTZ DR | | | | EL DORADO | CA | 95623 |
| JONATHAN FROUDE | 351 ALBORAN SEA CIR | | | | SACRAMENTO | CA | 95834-7541 |
| JOSE RETA | 3253 PERLA POINT DR | | | | EL PASO | TX | 79938 |
| JOSEPH A LOOX | 12806 OTTOMAN ST | | | | PACOIMA | CA | 91331 |
| JOSEPH D SALVEMINI | C/O JOSEPH D SALVEMINI | 62 CORNELL DR | | | HAZLET | NJ | 07730 |
| JOSEPH LIN | 440 LINCOLN ST | | | | HEALDSBURG | CA | 95448-3760 |
| JOSEPH LIN | 1765 DALTREY WAY | | | | SAN JOSE | CA | 95132-1523 |
| JOSEPH LOOX | 18641 SATICOY ST | APT 42 | | | RESEDA | CA | 91335-4954 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| JUDY MARSOLAN | 1133 E HAWKINS PKWY | APT 142 | | | LONGVIEW | TX | 75605-8051 |
| JUSTIN M. MATHERNE | 9452 TELEPHONE ROAD, #277 | | | | VENTURA | CA | 93004 |
| KENNETH  R CARBERRY | 1672 CANTON AVE | | | | MILTON | MA | 02186 |
| KERSTIN RODRIGUEZ | 1550 ROY LN, SP#1 | | | | SIMI VALLEY | CA | 93063 |
| KIM BUTLER | 2024 S BALDWIN # 46 | | | | MESA | AZ | 85209 |
| KIRK W CHUBKA | 11447 NANCY DR | | | | WARREN | MI | 48093 |
| KLENELL JENSEN | 2961 CAITLAND COURT | | | | SALT LAKE CITY | UT | 84121 |
| LAW OFFICE OF KEN SCHNEIDER, PS | ATTN: KEN SCHNEIDER, ESQ | RE: GREG & CARI HORNING | 2015 33RD STREET | | EVERETT | WA | 98201 |
| LAWRENCE M NAUMANN | 4014 GRIFFITH AVE | | | | BERKLEY | MI | 48072 |
| LEENAN, LLC | ATTN:  GREGORY WYLEN ANDERSON, R/A | 3711 JFK PARKWAY, STE. 230 | | | FORT COLLINS | CO | 80525 |
| LIGHTHOUSE WEALTH MANAGEMENT GROUP, INC | ATTN DAVID KNUTH, PRESIDENT | 10343 DAWSONS CREEK BLVD, STE. A | | | FORT WAYNE | IN | 46825 |
| LIGHTHOUSE WEALTH MANAGEMENT GROUP, INC | ATTN ALAN H. NEW, R/A | 10343 DAWSONS CREEK BLVD, STE. A | | | FORT WAYNE | IN | 46825 |
| LIGHTHOUSE WEALTH MANAGEMENT GROUP, INC. | ATTN DAVID KNUTH | 7418 OXFORD CT | | | FORT WAYNE | IN | 46815-8718 |
| MAINSTAR TRUST | ATTN: JOYCE HART, R/A | 214 W. 9TH STREET | PO BOX 420 | | ONAGA | KS | 66521 |
| MARIE PODKOWINSKI | 103 OLD SEMET LN | | | | SYRACUSE | NY | 13219 |
| MARIE WALTERS-GILL | 24520 MAINSTEE ST | | | | OAK PARK | MI | 48237 |
| MARK GOLDFINGER | 1115 S ELM DRIVE, #212 | | | | LOS ANGELES | CA | 90035 |
| MARTHA C MACLEAN | 307 HELEN DR | | | | ARRINGTON | TN | 37014 |
| MATTE BLACK INC | ATTN:  MATT J. SCHWARTZ, R/A | 1157 S. BUNDY DR., #201 | | | LOS ANGELES | CA | 90049 |
| MICHAEL  RESZEWSKI | 29363 SCARBOROUGH DR | | | | WARREN | MI | 48088-3770 |
| MICHAEL P. LITWIN | 1047 N LYNNDALE DR STE 1C | | | | APPLETON | WI | 54914-3059 |
| MIRANDA SANDOVAL | 14900 MOORPARK ST | | | | SHERMAN OAKS | CA | 91403 |
| MIRANDA SANDOVAL | 4223 LARWIN AVE | | | | CYPRESS | CA | 90630-4147 |
| PRESTIGE WEALTH MGMT INC. D/B/A | MATHIES FIN. PARTNERS, ATTN: JEFF MATHIES R/A | 2860 S. CIRCLE DR., STE. 320 | | | COLORADO SPRINGS | CO | 80906 |
| PROV TR GRP FBO GENEVA W GUILBEAUX IRA | 8880 W SUNSET ROAD | SUITE 250 | | | LAS VEGAS | NV | 89148 |
| PROV. TR GP-FBO CLIFTON HARTLEY IRA | PO BOX 95765 | | | | SOUTH JORDAN | UT | 84095 |
| PROV. TR GP-FBO DEBORAH J MURPHY IRA | 8716 GLENROCK DR | | | | NEW HAVEN | IN | 46774 |
| PROVIDENT TRUST GROUP, LLC | FBO JAMES D. HELGESON IRA | ATTN: THERESA FETTE, CEO | 8880 WEST SUNSET ROAD, STE. 250 | | LAS VEGAS | NV | 89148 |
| PROVIDENT TRUST GROUP, LLC | CUSTODIAN FBO BRETT PITTSENBARGAR SOLO K | ATTN RACHEL M. GORMAN, AUTHORIZED SIGNER | 8880 WEST SUNSET ROAD, STE. 250 | | LAS VEGAS | NV | 89148 |
| PROVIDENT TRUST GROUP, LLC | FBO QUN HONG YIN ROTH IRA | ATTN: FRANCESCA PO, AUTHORIZED SIGNER | 4835 BONNIE VIEW COURT | | ELLICOTT CITY | MD | 21043 |
| QUEEN B SERVICES | ATTN:  BELINDA K GOODWIN, R/A | 6825 SUNSET TERRACE | | | WINDSOR HEIGHTS | IA | 50324 |
| QUN HONG YIN | 10519 CAMINITO SOPADILLA | | | | SAN DIEGO | CA | 92131-0172 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| QUN HONG YIN | 10555 CAMINITO WESTCHESTER | | | | SAN DIEGO | CA | 92126 |
| QUN HONG YIN, | TRUSTEE OF THE QUN HONG DOMISSY YIN L.T. | 10519 CAMINITO SOPADILLA | | | SAN DIEGO | CA | 92131 |
| QUN HONG YIN, | TTEE OF THE QUN HONG DOMISSY YIN L.T. | 10555 CAMINITO WESTCHESTER | | | SAN DIEGO | CA | 92126 |
| RAYMOND HAN | 13812 1/2 BURBANK BLVD | | | | SHERMAN OAKS | CA | 91401-5069 |
| RAYMOND Y HAN-RH PRINCIPLED INVESTMENTS | 13812 1/2 BURBANK BLVD | | | | SHERMAN OAKS | CA | 91401-5069 |
| RENE C & JUDY MARSOLAN | 580 BUSTER RD | | | | ORANGE | TX | 77632 |
| RENE C. MARSOLAN | 1133 E HAWKINS PKWY | APT 142 | | | LONGVIEW | TX | 75605-8051 |
| RH PRINCIPLED INVESTMENTS | ATTN: RAYMOND HAN, R/A | 17740 MARTHA STREET | | | ENCINO | CA | 91316 |
| RICHARD ANTHONY MILLER | 1441 E NORTHRIDGE AVE | | | | GLENDORA | CA | 91741 |
| RMG PROPERTY III LLC | ATTN RANDY W GARRETT R/A | 5716 W EMMELINE DR | | | HERRIMAN | UT | 84096 |
| ROBERT BISCARDI JR | 7210 JORDAN AVE | | | | CANOGA PARK | CA | 91303 |
| ROBERT J & ARLENE DUENCKEL | 13872 WINDY OAKS RD | | | | COLORADO SPRINGS | CO | 80921 |
| ROBERT LINDERMAN | 10531 4S COMMONS DR STE 166 | | | | SAN DIEGO | CA | 92127-3517 |
| ROBERT LINDERMAN | 15453 TANNER RIDGE CIRCLE | | | | SAN DIEGO | CA | 92127 |
| RODERICK P FRIES | 9393 LONGSTONE DR | | | | PARKER | CO | 80134 |
| RONALD R SMITH | 532 WYNDHAM HALL LN | | | | KNOXVILLE | TN | 37934 |
| ROSE M LOWERY | 11926 LEWLUND DR | | | | STERLING HEIGHTS | MI | 48313 |
| SAFE MONEY BROADCASTING, LLC | ATTN: ERICA BEDDINGFIELD, DIRECTOR | 339 ELMWOOD LANE | | | TELFORD | PA | 18969 |
| SAFE MONEY BROADCASTING, LLC | ATTN: BRENT MEYER, PRESIDENT | 17165 KINGFISH LANE W. | | | SUMMERLAND KEY | FL | 33042 |
| SAFETY OF PRINCIPLE, INC. | ATTN: JOSHUA P. FEYERS, OFFICER | 12082 NW 30TH STREET | | | CORAL SPRINGS | FL | 33065 |
| SAFETY OF PRINCIPLE, INC. | ATTN: KENNETH S. FEYERS, R/A | 12082 NW 30TH STREET | | | CORAL SPRINGS | FL | 33065 |
| SAROJ PATEL | 1347 ESSEX DRIVE | | | | HOFFMAN ESTATES | IL | 60192 |
| SECURITY FINANCIAL, LLC | ATTN: CLAUDE STEVEN MOSLEY, R/A | 950 48TH AVENUE NORTH, STE. 102 | | | MYRTLE BEACH | SC | 29577 |
| SECURITY FIRST FINANCIAL LLC | JERALD KAGARISE | 19620 RATHBONE CIR | | | MONUMENT | CO | 80132 |
| SHELBURNE MANAGEMENT, LLC | ATTN: DENNIS CARPENTER, R/A | PO BOX 3980 | | | GRAPEVINE | TX | 76099-3980 |
| SHIRLEY A ROTTMANN | 11926 LEWLUND DR | | | | STERLING HEIGHTS | MI | 48313 |
| SJ FINANCIAL SERVICES LLC | ATTN ANN MARIE SAVONA, MEMBER | 185 BOSTON POST RD | | | WATERFORD | CT | 06385 |
| SJ FINANCIAL SERVICES, L.L.C. | ATTN: ANN MARIE SAVONA, R/A | 141 NIANTIC RIVER ROAD | | | WATERFORD | CT | 06385 |
| STACEY RENEE MAXTED | 4114 SILVERWOOD DR | | | | OCEAN SPRINGS | MS | 39564 |
| STEPHEN WEINBERG | 8277 GENOVA WAY | | | | LAKE WORTH | FL | 33467-5228 |
| THE QUN HONG DOMISSY YIN LT | 10555 CAMINITO WESTCHESTER | | | | SAN DIEGO | CA | 92126 |
| THERESA SHERIDAN | 3916 N POTSDAM AVE #4302 | | | | SIOUX FALLS | SD | 57104-7048 |
| THOMAS A PIAZZA | 9005 OAK LEAF WAY | | | | GRANITE BAY | CA | 95746 |
| THOMAS S. CARDOSI | 1075 LAWTON ROAD | | | | PARK HILLS | KY | 41011 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| TIMOTHY HAWLEY | 677 N 9TH ST | | | | NOBLESVILLE | IN | 46060 |
| UDO SALOMON | 1161 HARBOR TOWN WAY | | | | VENICE | FL | 34292 |
| UMA GAJAVADA | 5602 DEANE AVE | | | | LOS ANGELES | CA | 90043 |
| UNITED STATES CORPORATION | R/A FOR STRUCTURED STRATEGIES, LLC | 17470 N PACESETTER WAY | | | SCOTTSDALE | AZ | 85255 |
| VICKI ANDREN | 8651 QUEEN AVE S | | | | BLOOMINGTON | MN | 55431 |
| VICKI L. WICKWIRE | TRUSTEE OF THE PAULINE A CONLEY IRRV TRUST | 2416 HARBOUR COVE DRIVE | | | FORT PIERCE | FL | 34949 |
| VIPINBHAI D & SAROJ PATEL | 1347 ESSEX DR | | | | HOFFMAN ESTATES | IL | 60192 |
| VIPINBHAI PATEL | 1347 ESSEX DRIVE | | | | HOFFMAN ESTATES | IL | 60192 |
| WIENIEWITZ FINANCIAL LLC | ATTN TRAE WIENIEWITZ | 1606 SCHAEFFER RD STE 100 | | | KNOXVILLE | TN | 37932-2171 |
| WIENIEWITZ FINANCIAL LLC | ATTN TRAE WIENIEWITZ, R/A | 1060 LOVELL RD | | | KNOXVILLE | TN | 37932-3060 |
| YANITSHA M FELICIANO | 18 BRENTANO DR | | | | COTO DE CAZA | CA | 92679-4918 |
| YANITSHA M FELICIANO | 6736 FRIENDS AVE | | | | WHITTIER | CA | 90601-4432 |
| YANITSHA M FELICIANO | 18 BRENTANO DR | | | | TRABUCO CANYON | CA | 92679-4918 |

# EXHIBIT 1
## List of Adversary Cases

| Defendant(s) | Case No. |
|---|---|
| Thomas Furman | 19-50299 |
| Stefan Kolosenko | 19-50301 |
| Provident Trust Group, Custodian for the Benefit of Steven Mizel Roth IRA, Steven Mizel | 19-50303 |
| Alexander S. Aduna, Emma R. Aduna | 19-50307 |
| Sylvan R. Jutte, Jeannette E. Jutte | 19-50308 |
| Brian D. Korkus, Robin L. Korkus | 19-50309 |
| Russell Bullis, Betsy Bullis | 19-50310 |
| Mary M. Noyes, Gale E. Noyes | 19-50312 |
| Darrell Sandison, Mattie Sandison | 19-50313 |
| Delton Christman, Jean Christman | 19-50314 |
| Michael Skurich, Joyce Skurich | 19-50315 |
| Donald Wanner, Ladonna Wanner | 19-50316 |
| Floyd G Davis, Lavonne J. Davis | 19-50317 |
| George T. Iwahiro, Charlene M. Iwahiro | 19-50319 |
| Toomas Heinmets, Pamela Heinmets | 19-50322 |
| Richard E. Attig, Stephanie L. Attig | 19-50325 |
| Jolene Bishop | 19-50326 |
| Jason Curtis | 19-50327 |
| Janet V. Dues | 19-50328 |
| Dena Falkenstein | 19-50329 |
| Judy Karen Goodin | 19-50330 |
| Dennis W. Hueth | 19-50331 |
| Christian Lester | 19-50332 |
| Joseph Lin | 19-50334 |
| Jane Marshall | 19-50335 |
| Laurence J. Nakasone | 19-50337 |
| Blaine Phillips | 19-50338 |
| George Edward Sargent | 19-50340 |
| Jeff Schuster | 19-50341 |
| Jennifer Tom | 19-50342 |
| Anita Bedoya, Mark Bedoya | 19-50343 |
| Anita Bedoya, Julian Duran | 19-50344 |
| Ronald Cole | 19-50346 |
| Ronald Draper | 19-50347 |
| Stephen B. Moore | 19-50350 |
| Lawrence J. Paynter | 19-50351 |
| Nannette Tibbitts | 19-50353 |
| Provident Trust Group, Custodian for the Benefit of Claro Chen IRA, Claro Chen | 19-50558 |
| Mainstar Trust, Custodian for the Benefit of Marie Podkowinski, Marie Podkowinski | 19-50559 |
| Provident Trust Group, Custodian for the Benefit of James R. Dunning IRA, James R. Dunning | 19-50562 |
| Ascensus, LLC, Custodian for the Benefit of Donald L. Engle Jr. IRA, Donald L. Engle Jr. | 19-50566 |

| Defendant(s) | Case No. |
|---|---|
| Mainstar Trust, Custodian for the Benefit of Lorie Gorman, Lorie Gorman | 19-50567 |
| Mainstar Trust, Custodian for the Benefit of Stephen Weinberg, Stephen Weinberg | 19-50573 |
| Provident Trust Group, Custodian for the Benefit of Klenell Jensen Inherited IRA, Klenell Jensen | 19-50575 |
| IRA Services Trust Company, Custodian for the Benefit of James C. Chang, James C Chang | 19-50576 |
| Mainstar Trust, Custodian for the Benefit of John Korbierecki, John Korbierecki | 19-50578 |
| IRA Services Trust Company, Custodian for the Benefit of Dwight L. Atherton IRA, Dwight L Atherton | 19-50581 |
| Ascensus, LLC, Custodian for the Benefit of Deborah J. Murphy IRA, Deborah J. Murphy | 19-50583 |
| IRA Services Trust Company, Custodian for the Benefit of Jerry D. Ainsworth IRA, Jerry D Ainsworth | 19-50585 |
| Ascensus, LLC, Custodian for the Benefit of Larry A. Norton IRA, Larry A. Norton | 19-50586 |
| IRA Services Trust Company, Custodian for the Benefit of Ivan Orr, Ivan Orr | 19-50588 |
| Ascensus, LLC, Custodian for the Benefit of Peddada Family Trust ICA, Tarakam Peddada | 19-50591 |
| Ascensus, LLC, Custodian for the Benefit of Patricia Simmons IRA, Patricia Simmons | 19-50594 |
| Provident Trust Group, Custodian for the Benefit of Marie Walters-Gill IRA; Marie Walters-Gill IRA | 19-50600 |
| Provident Trust Group, Custodian for the Benefit of Catherine Williams IRA, Catherine Williams | 19-50606 |
| Paul F. Happersett, in his capacity as Trustee of the Paul F. Happersett Revocable Living Trust Agreement Dated 07/15/98, Paul F. Happersett | 19-50735 |
| Vicki L. Wickwire, in her capacity as Trustee of the Pauline A. Conley Irrevocable Trust, Pauline A. Conley | 19-50738 |
| Michael Reszewski, in his capacity as Trustee of the Reszewski Revocable Living Trust Dated 11/18/14, Michael Reszewski | 19-50739 |
| Anthony Arthur Meola Jr., in his capacity as Trustee of the Anthony Arthur Meola Jr. 2008 Trust, Anthony Arthur Meola Jr. | 19-50741 |
| Bonnie Gae Grieff, in her capacity as Trustee of the Bonnie Gae Grieff  Family Trust dates 12/04/06, Bonnie Gae Grieff | 19-50743 |
| Terry B. Griffin, in his capacity as Trustee of the Griffin Family Trust, Terry B. Griffin | 19-50744 |
| Mainstar Trust, Custodian for the Benefit of Robert J. Duenckel, Robert J Duenckel, Arlene R Duenckel | 19-50749 |
| Mainstar Trust, Custodian for the Benefit of Timothy Hawley, Timothy Hawley | 19-50750 |
| Mainstar Trust, Custodian for the Benefit of Ronald R. Smith, Ronald R Smith | 19-50751 |
| Irmgard Herrmann | 19-50752 |
| Eugene Oehler | 19-50753 |
| Jose Reta | 19-50755 |
| Christ Temple Baptist Church | 19-50756 |
| Provident Trust Group, Custodian for the Benefit of Gerald Davis IRA, Gerald Davis | 19-50758 |
| Provident Trust Group, Custodian for the Benefit of John B. Smith IRA, John B. Smith | 19-50760 |
| Douglas M. Brunner, in his capacity as Trustee of the Radiant Trust, Douglas M. Brunner | 19-50762 |

| Defendant(s) | Case No. |
|---|---|
| RMG Property III LLC | 19-50763 |
| Rene C. Marsolan, Judy Marsolan | 19-50775 |
| Kenneth R. Carberry | 19-50787 |
| Billy Ray Chesnut | 19-50788 |
| Roderick P. Fries | 19-50789 |
| Mainstar Trust, Custodian for the Benefit of Sherry L. Collver, Sherry L. Collver | 19-50794 |
| Denis G. Birgenheir | 19-50799 |
| Udo Salomon | 19-50801 |
| Dominic E. Abbadessa | 19-50802 |
| Mainstar Trust, Custodian for the Benefit of Jeanne Marie Spezia; Jeanne Marie Spezia | 19-50806 |
| IRA Services Trust Company, Custodian for the Benefit of Lynette Eddy IRA, Lynette Eddy | 19-50808 |
| IRA Services Trust Company, Custodian for the Benefit of Andrew Chase Jr. IRA, Andrew Chase Jr. | 19-50809 |
| IRA Services Trust Company, Custodian For The Benefit of Vicki Andren IRA, Vicki Andren | 19-50813 |
| IRA Services Trust Company, Custodian For The Benefit of Earl Eddy IRA, Earl Eddy | 19-50814 |
| Gwendolyn Bissette | 19-50815 |
| Carlo Fisco | 19-50817 |
| Marcella P. Best | 19-50819 |
| David E. Brown | 19-50820 |
| Althea McCormick | 19-50823 |
| Kirk W Chubka | 19-50826 |
| Mary Ellen Nuhn | 19-50829 |
| John J. Begley | 19-50830 |
| Ascensus, LLC d/b/a Provident Trust Group, Custodian for the Benefit of Sharon R. Ferry IRA, Sharon R. Ferry | 19-50831 |
| Clayton Nakasone | 19-50832 |
| Provident Trust Group, Custodian for the Benefit of Clifton Hartley IRA, Clifton Hartley | 19-50834 |
| Provident Trust Group, Custodian for the Benefit of Martha C. Maclean Roth IRA, Martha C. Maclean | 19-50835 |
| Provident Trust Group, Custodian for the Benefit of Kerstin Rodriguez IRA, Kerstin Rodriguez | 19-50837 |
| Rose M Lowery | 19-50838 |
| Elizabeth Haskell | 19-50839 |
| Lawrence M Naumann | 19-50840 |
| Shirley A Rottmann | 19-50843 |
| Hart Placement Agency, Inc. | 19-50847 |
| Christopher J Watson | 19-50848 |
| Robert Elmer | 19-50850 |
| Ronda Rogovin | 19-50852 |
| Peter Greenberg | 19-50855 |
| JetsuiteX, Inc. | 19-50856 |
| Miranda Sandoval | 19-50857 |
| Mercedes-Benz International Services LTD | 19-50860 |
| Provident Trust Group, Custodian for the Benefit of Thomas A. Piazza IRA, Thomas A Piazza | 19-50867 |
| Kathy Hagen, in her Capacity as Trustee to the Kathy A. Hagen Declaration of Trust | 19-50869 |

| Defendant(s) | Case No. |
|---|---|
| Dated March 2, 1998, Kathy Hagen | |
| Mary J. Happersett, in her Capacity as Trustee of the Mary J. Happersett Revocable Living Trust Agreement Dated 07/15/98, Mary J. Happersett | 19-50870 |
| JAL Poultry and Swine Farms LLC | 19-50873 |
| Gilchrist Metal Fabricating Co., Inc. | 19-50874 |
| Provident Trust Group, Custodian for the Benefit of John C. Miller IRA, John C. Miller | 19-50875 |
| Anthony Abbadessa, Catherine Abbadessa | 19-50878 |
| Donald Abney, Lee Ann Abney | 19-50881 |
| Billy McNeese, Sally McNeese | 19-50883 |
| Ascensus, LLC, custodian for the benefit of James D. Helgeson IRA, James D. Helgeson, Allianz Life Insurance Company Of North America Contract #71186833, custodian for the benefit of the Helgeson Family Trust, James Helgeson, in his capacity as Trustee of the Helgeson Family Trust | 19-50894 |
| Kirk T. Griffith, Mainstar Trust, custodian for the benefit of Kirk Griffith TW003085 | 19-50899 |
| Leiah Kitare | 19-50901 |
| James D. Lawless, in his capacity as Trustee of the Lawless Trust, James D. Lawless, Doris Lawless | 19-50902 |
| Greg Wylen Anderson; Paulette Anderson, aka Paula Anderson; Leenan, LLC; Balanced Financial, Inc. | 19-50907 |
| Fred Randhahn; Karen Randhahn; Ascensus, LLC d/b/a Provident Trust Group, Custodian for the Benefit of Antelope Women's Center 401K PSP for the Benefit of Karen Randhahn; Kronos Global Advisors, Inc. | 19-50908 |
| Edward Boyack, Solely in his Capacity as Special Administrator of the Estate of William Perry, a/k/a Herbert Perry; Provident Trust Group, Custodian for the Benefit of Herbert Perry | 19-50909 |
| IRA Services Trust Company, Custodian for the Benefit of Harold L. Lustig IRA; Harold L. Lustig | 19-50910 |
| John D. Bigelow, Rebecca G. Bigelow | 19-50912 |
| Phillip Ball (aka Larry Ball) | 19-50913 |
| Michael Kandravi | 19-50914 |
| Maxwell Financial Group, Inc., Rosemary Malmstedt | 19-50915 |
| Kim Butler | 19-50917 |
| Joseph Rubin Inc., a New York corporation, Joseph Rubin | 19-50918 |
| Mark Goldfinger | 19-50920 |
| All Mark Insurance Services, Inc., Cameron Johnson | 19-50921 |
| Chris Dantin Financial Services, LLC, Chris A. Dantin, Sr. | 19-50922 |
| Lighthouse Wealth Management Group, Inc. | 19-50923 |
| David A. Scholl | 19-50926 |
| Danny Van Houten | 19-50927 |
| Christopher Longworth | 19-50928 |
| Asset Management Consultants of NC, Inc., Carlton Scott Phillips | 19-50929 |
| Retirement Services LLC | 19-50931 |
| Robert M. Linderman | 19-50932 |
| Jerome Schwartz, Associated Insurance Group, Incorporated | 19-50938 |
| Roger L. Owens, Jennifer M. Lepore | 19-50940 |
| Edu. Wealth Advisors LLC, Roger Dobrovodsky | 19-50942 |
| Eric Little | 19-50944 |
| Frontier Advisors Group LLC, David Nichols | 19-50945 |

| Defendant(s) | Case No. |
|---|---|
| Jonathan Froude | 19-50946 |
| John Fagan | 19-50947 |
| Dayspring Advisors Group LLC, Ronnie Weller | 19-50948 |
| DDI Advisory Group, LLC, Richard Dean | 19-50949 |
| Harvey & Companies, Inc., Ronald J. Harvey | 19-50950 |
| Ivy League College Planning Strategies, Inc., Michael Rappa | 19-50951 |
| James Lamont | 19-50952 |
| Jessica J. Hotchkiss | 19-50953 |
| Mainstar Trust, Administrator and Custodian for the Benefit of Stacey Renee Maxted T2176604, Stacey Renee Maxted, Gerbera, LLC | 19-50956 |
| Gregg W. Butler | 19-50958 |
| Darin Baker | 19-50961 |
| Gerard J. O'Neill | 19-50964 |
| James E. Campbell Jr. Inc. (d/b/a Campbell Financial Corp.), and James E. Campbell, Jr. | 19-50965 |
| Dime Strategies, Inc. and Ronald P. Diez | 19-50966 |
| Provident Trust Group, Custodian for the Benefit of Geneva W. Guilbeaux IRA; Diana Engelhardt, Solely in her Capacity as Executrix to the Estate of Geneva W. Guilbeaux; Diana Engel Solely in her Capacity as Executrix to the Estate of Charles D. Guilbeaux | 19-50968 |
| RH Principled Investments, and Raymond Han | 19-50970 |
| Harold Plain | 19-50974 |
| Joseph W. Isaac | 19-50976 |
| Randy Robertson | 19-50977 |
| Joseph A. Loox | 19-50978 |
| Matthew Lorenc | 19-50979 |
| Donovan Knowles | 19-50980 |
| Gregory Jandt | 19-50981 |
| Joseph D. Salvemini | 19-50987 |
| James A. Klohn & Assoc., P.A. | 19-50989 |
| Queen B Services | 19-50995 |
| Matthew Gilchrist | 19-50997 |
| John J. McNamara | 19-50998 |
| John E. McEnerney | 19-50999 |
| David Valencia, Valencia Financial Services, LLC | 19-51000 |
| Bette Tydings | 19-51002 |
| Ricki Dean Wiggs a/k/a Ricki Wiggs | 19-51003 |
| Retirement Planning Solutions, LLC, Gordon Hannah | 19-51004 |
| Daniel P. Orfin | 19-51005 |
| Dennis Drake, Mid-Atlantic Brokers, Inc. | 19-51006 |
| Dan Reisinger | 19-51007 |
| Richard Anthony Miller | 19-51008 |
| Gold King International Inc. and Justin M. Matherne | 19-51010 |
| Harris Financial Management and John G. Harris | 19-51011 |
| Gaulan Financial LLC | 19-51012 |
| Yanitsha M. Feliciano | 19-51015 |
| Legacy Financial Network and Retirement Services, Inc. and Jeffrey Nimmow | 19-51016 |
| Security Financial, LLC, Ameritrust Advisors of SC, LLC | 19-51020 |
| Searchlight Financial Advisors, LLC, Caroline Rakness | 19-51022 |
| Michael P. Litwin | 19-51023 |

| Defendant(s) | Case No. |
|---|---|
| Provident Trust Group, Custodian for the Benefit of Thomas S. Cardosi IRA; Thomas S. Cardosi | 19-51024 |
| Michael A. Trujillo | 19-51025 |
| Theresa Sheridan | 19-51026 |
| Kenneth Halbert | 19-51027 |
| Safety of Principle, Inc. | 19-51029 |
| Security First Financial, LLC, Jerald Kagarise | 19-51030 |
| Bank of America Corporation | 19-51031 |
| Smithson Financial Group LLC, Todd Smithson | 19-51032 |
| Alfred S. Malianni, In His Capacity As Co-Trustee Of The Alfred S. And Gail E. Malianni Revocable Living Trust January 15, 2011; Gail E. Malianni, in her capacity as co-trustee of the Alfred S. and Gail E. Maliani Revocable Living Trust January 15, 2011; Alfred S. Malianni; Gail E. Maliani | 19-51034 |
| Alternative Portfolio Solutions LLC and Richard Renshaw | 19-51036 |
| Annuity Alternatives of America, LLC | 19-51037 |
| Basic Financial Services Inc., Basic Wealth Advisors, Inc., Fred C. Johnson | 19-51039 |
| TWH Annuities & Insurance Agency, Inc., Gryphon Financial Services | 19-51042 |
| Sycamore Group, Inc., Bender W. Mackey | 19-51043 |
| Crosier Financial, Inc., d/b/a Crosier Financial, John Reed Crosier | 19-51045 |
| Uma Gajavada | 19-51046 |
| Jay N. Brown | 19-51047 |
| Robert Biscardi Jr. | 19-51048 |
| Arash Tashvighi | 19-51049 |
| Ascensus, LLC, Administrator and Custodian for the Benefit of Christopher M. Soulier Roth IRA, Christopher M. Soulier | 19-51050 |
| Provident Trust Group, Administrator and Custodian for the Benefit of Qun Hong Yin Roth IRA, Qun Hong Yin, Qun Hong Yin, as Trustee of the Qun Hong Domissy Yin Living Trust | 19-51052 |
| Vickie A. Costello | 19-51055 |
| Tangible Assets Investments, LLC, Charles Thorngren | 19-51058 |
| Shelburne Management, LLC, Dennis Carpenter | 19-51061 |
| Wieniewitz Financial LLC, Trae Wieniewitz | 19-51062 |
| To The Max Marketing, Inc. | 19-51066 |
| Structured Strategies, LLC, Alan K. Hoffman | 19-51067 |
| S.J. Financial Services, L.L.C., Glenn Johnson | 19-51068 |
| Deb Brundage | 19-51069 |
| Prestige Wealth Management, Inc. | 19-51072 |
| Arbuckle Management LLC | 19-51074 |
| Matthew Schwartz, Matte Black Inc. | 19-51077 |
| Albert D. Klager, Atlantic Insurance & Financial Services Inc. | 19-51079 |
| Provident Trust Group, Custodian for the Benefit of Gail Marie Bush IRA, Gail Marie Bush, Gail Marie Bush as Trustee of the Gail Marie Bush Trust Dated 12/21/2001 | 19-51133 |
| Vipinbhai D. Patel, Saroj Patel | 19-51134 |
| Guy R. Burningham | 19-51135 |
| IRA Services Trust Company, Custodian for the Benefit of Richard Derf Sep IRA, Richard Derf | 19-51136 |
| Greg Horning, Cari Horning | 19-51137 |
| Harry R. Culotta, in his Capacity as Trustee of the Harry R. Culotta Trust Dated | 19-51138 |

| Defendant(s) | Case No. |
|---|---|
| 11/16/16, Harry R. Culotta | |
| FIC, LLC | 19-51140 |