## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (BLS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | Adversary Proceeding Case No. 19-51034 (BLS) |
| Plaintiff, | |
| v. | |
| Alfred S. Malianni, In His Capacity As Co-Trustee Of The Alfred S. And Gail E. Malianni Revocable Living Trust January 15, 2011; Gail E. Mailianni, in her capacity as co-trustee of the Alfred S. and Gail E. Malianni Revocable Living Trust January 15, 2011; Alfred S. Malianni; Gail E. Malini, | |
| Defendants. | |

## AFFIDAVIT OF SERVICE

STATE OF OHIO        )
                            ) ss
COUNTY OF FRANKLIN  )

I, Angela Chachoff, being duly sworn, depose and state:

---

[1]      The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

1.	I am a Case Manager with Epiq Class Action & Claims Solutions, Inc.,[2] the claims and noticing agent in the above-captioned proceeding.  Our business address is 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017.

2.	On January 6, 2021, at the direction of Pachulski Stang Ziehl & Jones LLP, Counsel to Plaintiff Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, I caused a true and correct copy of the **Order Assigning Adversary Proceeding to Mediation and Appointing Mediator** [Docket No. 29] to be served by e-mail on the party identified on Exhibit A annexed hereto (Counsel to the Defendants with an e-mail address), and by first class mail on the party identified on Exhibit B annexed hereto (Counsel to the Defendants without an e-mail address).

_/s/ Angela Chachoff_____
Angela Chachoff

Sworn to before me this
14th day of January, 2021
_/s/ Andrea R. Speelman_____
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires: March 21, 2024

---

[2]	Epiq Class Action & Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN WILLIAM A HAZELTINE | 919 N MARKET ST STE 420 | | | WILMINGTON | DE | 19801 | whazeltine@sha-llc.com |

# EXHIBIT B

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN ELIHU E ALLINSON III | 919 N MARKET ST STE 420 | | | WILMINGTON | DE | 19801 |