# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | Adv. Proc. No. 19-51034 (JKS) |
| Plaintiff, | |
| v. | **Ref Docket No. 49** |
| ALFRED S. MALIANNI, IN HIS CAPACITY AS A CO-TRUSTEE OF THE ALFRED S. AND GAIL E. MALIANNI REVOCABLE LIVING TRUST JANUARY 15, 2011; GAIL E. MALIANNI, IN HER CAPACITY AS CO-TRUSTEE OF THE ALFRED S. AND GAIL E. MALIANNI REVOCABLE LIVING TRUST JANUARY 15, 2011; ALFRED S. MALIANNI; GAIL E. MALIANNI, | |
| Defendants. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                        ) ss.:
COUNTY OF NEW YORK  )

SHARNA WILSON, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

-1-

2. On May 20, 2021, I caused to be served the "Stipulation of Dismissal," dated May 20, 2021 [Docket No. 49], by causing a true and correct copy to be delivered via electronic mail to the following party: *bsullivan@sha-llc.com*.

> */s/ Sharna Wilson*
> Sharna Wilson

Sworn to before me this
27th day of May, 2021
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022